# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ROBERT W SMITH
             RENEE D SMITH

              Debtor(s)                      CHAPTER 13

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE            CASE NO: 1-17-02376-HWV
                      Movant

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on July 19, 2017, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)    A Petition under Chapter 13 was filed on June 6, 2017.

2)    The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

    - **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
    - **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
    - **CHAPTER 13 PLAN**

3)    If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                                                             Respectfully submitted,
                                                             s/ <u>Charles J. DeHart, III</u>
                                                             Standing Chapter 13 Trustee
                                                              8125 Adams Drive, Suite A
                                                             Hummelstown, PA  17036
                                                             (717) 566-6097

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT W SMITH  
       RENEE D SMITH

CHAPTER 13

CASE NO: 1-17-02376-HWV

## NOTICE

The debtor(s) filed a Chapter13 Bankruptcy Petition on June 6, 2017.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

- **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
- **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
- **CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

    Date: **August 9, 2017**  
    Time: **09:30 AM**  
    Location: **Ronald Reagan Federal Bldg**  
             **Bankruptcy Courtroom, 3rd Floor**  
             **228 Walnut Street**  
             **Harrisburg, PA 17101**

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **August 2, 2017**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

                Respectfully submitted,  
                s/ Charles J. DeHart, III  
                Standing Chapter 13 Trustee  
                8125 Adams Drive, Suite A  
                Hummelstown, PA 17036

Dated: July 19, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT W SMITH
RENEE D SMITH

CHAPTER 13

Debtor(s)

CASE NO: 1-17-02376-HWV

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on July 19, 2017.

MICHAEL CAUM, ESQUIRE
PO BOX 272
SHREWSBURY, PA 17361-

ROBERT W SMITH
RENEE D SMITH
3650 NEW PARK ROAD
NEW PARK, PA 17352

Respectfully submitted,
s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Dated: July 19, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT W SMITH
RENEE D SMITH

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-17-02376-HWV

vs.

ROBERT W SMITH
RENEE D SMITH

MOTION TO DISMISS

Respondent(s)

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.