| CO | FILE | DEPT | CLOCK | VCHR NO. | 020 |
| JS6 | 004427 | 002 | | 0000140039 | 1 |

# Earnings Statement

**ADP**

FLAVOR AND FRAGRANCE SPECIALTIES, INC.
PAYROLL ACCOUNT
3 INDUSTRIAL AVE
MAHWAH, NJ 07430

Period Beginning: 03/20/2017
Period Ending: 04/02/2017
Pay Date: 04/06/2017

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 9
   MD: 7, Joint Filing
   PA: N/A

00000000033
ROBERT W SMITH
3650 NEW PARK ROAD
NEW PARK, PA 17352

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Time | 20.2300 | 72.00 | 1,456.56 | 8,569.59 |
| Vacation | 20.2300 | 8.00 | 161.84 | 890.12 |
| Holiday | | | | 633.44 |
| Jury Duty | | | | 809.20 |
| Personal | | | | 323.68 |
| **Gross Pay** | | | **$1,618.40** | 11,249.23 |

Your federal taxable wages this period are $1,474.92

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pers/Sick Taken | | 16.00 |
| Vacation Taken | | 44.00 |
| Pers/Sick Bal | | 32.00 |
| Vaca Balance | | 116.00 |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Social Security Tax | -91.44 | 635.18 |
| Medicare Tax | -21.39 | 148.55 |
| MD State Income Tax | -7.47 | 47.86 |
| PA State Income Tax | -45.28 | 314.52 |
| **Other** | | |
| Crt Illness | -4.98 | 34.86 |
| Dental | -37.32* | 261.24 |
| Health Care | -61.54* | 430.78 |
| Life Insurance | -24.62* | 172.34 |
| Medical 125 | -20.00* | 140.00 |
| Payment | -230.00 | |
| 3 | -17.64 | |
| **Net Pay** | **$1,056.72** | |
| Checking1 | -1,056.72 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

| CO | FILE | DEPT | CLOCK | VCHR NO. | 020 |
|----|------|------|-------|----------|-----|
| JS6 | 004427 | 002 | | 0000160039 | 1 |

# Earnings Statement 

FLAVOR AND FRAGRANCE SPECIALTIES, INC.
PAYROLL ACCOUNT
3 INDUSTRIAL AVE
MAHWAH, NJ 07430

Period Beginning: 04/03/2017
Period Ending: 04/16/2017
Pay Date: 04/20/2017

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 9
    MD: 7, Joint Filing
    PA: N/A

00000000033
ROBERT W SMITH
3650 NEW PARK ROAD
NEW PARK, PA 17352

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Time | 20.2300 | 56.00 | 1,132.88 | 9,702.47 |
| Holiday | 20.2300 | 8.00 | 161.84 | 795.28 |
| Personal | 20.2300 | 8.00 | 161.84 | 485.52 |
| Vacation | 20.2300 | 8.00 | 161.84 | 1,051.96 |
| Jury Duty | | | | 809.20 |
| **Gross Pay** | | | **$1,618.40** | 12,867.63 |

Your federal taxable wages this period are $1,494.26

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pers/Sick Taken | | 24.00 |
| Vacation Taken | | 52.00 |
| Pers/Sick Bal | | 24.00 |
| Vaca Balance | | 108.00 |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Social Security Tax | -92.65 | 727.83 |
| Medicare Tax | -21.67 | 170.22 |
| MD State Income Tax | -8.55 | 56.41 |
| PA State Income Tax | -45.87 | 360.39 |
| **Other** | | |
| Crt Illness | -4.98 | 39.84 |
| Dental | -11.56* | 272.80 |
| Heatlh Care | -61.54* | 492.32 |
| Life Insurance | -24.62* | 196.96 |
| Medical | -26.42* | 26.42 |
| Payment | -230.00 | |
| 3 | -17.64 | |
| Medical 125 | | 140.00 |
| **Net Pay** | | **$1,072.90** |
| Checking1 | -1,072.90 | |
| **Net Check** | | **$0.00** |

\* Excluded from federal taxable wages

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| JS6 | 004427 | 002 | | D0000200042 | |

# Earnings Statement

**ADP**

FLAVOR AND FRAGRANCE SPECIALTIES, INC.
PAYROLL ACCOUNT
3 INDUSTRIAL AVE
MAHWAH, NJ 07430

Period Beginning: 05/01/2017
Period Ending: 05/14/2017
Pay Date: 05/18/2017

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 9
    MD: 7, Joint Filing
    PA: N/A

00000000035
ROBERT W SMITH
3650 NEW PARK ROAD
NEW PARK, PA 17352

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Time | 20.2300 | 80.00 | 1,618.40 | 12,777.43 |
| Holiday | | | | 795.28 |
| Jury Duty | | | | 809.20 |
| Personal | | | | 647.36 |
| Vacation | | | | 1,051.96 |
| **Gross Pay** | | | **$1,618.40** | 16,104.43 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -92.64 | 913.11 |
| Medicare Tax | | -21.67 | 213.55 |
| MD State Income Tax | | -8.55 | 73.51 |
| PA State Income Tax | | -45.87 | 452.13 |
| **Other** | | | |
| Crt Illness | | -4.98 | 49.80 |
| Dental | | -11.56* | 295.92 |
| Heatlh Care | | -61.54* | 615.40 |
| Life Insurance | | -24.62* | 246.20 |
| Medical | | -26.42* | 79.26 |
| Payment | | -230.00 | |
| 3 | | -17.64 | |
| Medical 125 | | | 140.00 |
| **Net Pay** | | **$1,072.91** | |
| Checking1 | | -1,072.91 | |
| **Net Check** | | **$0.00** | |

*Excluded from federal taxable wages

Your federal taxable wages this period are $1,494.26

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pers/Sick Taken | | 32.00 |
| Vacation Taken | | 52.00 |
| Pers/Sick Bal | | 16.00 |
| Vaca Balance | | 108.00 |

PAYROLL ACCOUNT
3 INDUSTRIAL AVE

Period Beginning: 05/29/2017
Period Ending: 06/11/2017
Pay Date:

Exemptions/Allowances:
  Federal: 9
  MD: 7 Joint Filing

ROBERT W SMITH
3650 NEW PARK ROAD
NEW PARK, PA 17352

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Time | 20.2300 | 44.00 | 890.12 | 14,962.27 |
| Holiday | 20.2300 | 8.00 | 161.84 | 957.12 |
| Vacation | 20.2300 | 28.00 | 565.44 | 1,942.08 |
| Jury Duty | | | | 809.20 |
| | | | | 647.36 |
| Gross Pay | | | $1,618.40 | 19,341.23 |

Your federal taxable wages this period are $1,494.26

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Pers/Sick Taken | | 32.00 |
| Vacation Taken | | 96.00 |
| Pers/Sick Bal | | 16.00 |
| Vaca Balance | | 64.00 |

**Deductions**

Statutory
- Social Security Tax  -92.64   1,098.40
- Medicare Tax  -21.66   256.88
- MD State Income Tax  -8.55   90.61
- PA State Income Tax  -45.87   543.87

Other
- Cir fitness  -4.98   59.76
- Dental  -11.58*   319.04
- Health Care  -61.54*   738.48
- Life Insurance  -24.62   295.44
- Medical  -26.42*   132.10
- 3  -17.64
- Medical care    148.68

Net Pay   $1,302.92
Checking1   -1,302.92
Net Check   $0.00

* Excluded from federal taxable wages