# Earnings Statement

**ADP**

OPEN SYSTEMS HEALTHCARE INC
1818 MARKET ST STE 2530
PHILADELPHIA PA 19103

Period Beginning: 03/19/2017
Period Ending: 03/25/2017
Pay Date: 04/04/2017

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   PA: N/A

RENEE SMITH
3650 NEW PARK RD
NEW PARK PA 17352

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 23.00 | 230.00 | 2,320.00 |
| Orientat | | | | 14.50 |
| **Gross Pay** | | | **$230.00** | 2,334.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 230.00 | 1,690.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -18.90 | 165.90 |
| | Social Security Tax | -14.26 | 144.74 |
| | Medicare Tax | -3.33 | 33.85 |
| | PA State Income Tax | -7.06 | 71.68 |
| | East Pennsbo Income Tax | -2.30 | 23.35 |
| | East Pennsbo Local Svc Tax | -1.00 | 11.00 |
| | PA SUI/SDI Tax | -0.16 | 1.63 |

**Net Pay** $182.99

**Net Check** $182.99

Your federal taxable wages this period are $230.00

CO.   FILE    DEPT.   CLOCK NUMBER   052
ESH   003514  000009          0050143076  1

# Earnings Statement

**ADP**

OPEN SYSTEMS HEALTHCARE INC
1818 MARKET ST STE 2530
PHILADELPHIA PA 19103

Period Beginning:  03/26/2017
Period Ending:     04/01/2017
Pay Date:          04/11/2017

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  0
    PA:       N/A

RENEE SMITH
3650 NEW PARK RD
NEW PARK PA 17352

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 27.00 | 270.00 | 2,590.00 |
| Orientat | | | | 14.50 |
| **Gross Pay** | | | **$270.00** | 2,604.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 270.00 | 1,960.00 |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -24.90 | 190.80 |
| Social Security Tax | -16.74 | 161.48 |
| Medicare Tax | -3.92 | 37.77 |
| PA State Income Tax | -8.29 | 79.97 |
| East Pennsbo Income Tax | -2.70 | 26.05 |
| East Pennsbo Local Svc Tax | -1.00 | 12.00 |
| PA SUI/SDI Tax | -0.19 | 1.82 |
| **Net Pay** | **$212.26** | |
| **Net Check** | **$212.26** | |

Your federal taxable wages this period are $270.00

*COPY*

# Earnings Statement

**ADP**

OPEN SYSTEMS HEALTHCARE INC
1818 MARKET ST STE 2530
PHILADELPHIA PA 19103

Period Beginning:   04/09/2017
Period Ending:      04/15/2017
Pay Date:           04/25/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  0
  PA:       N/A

RENEE SMITH
3650 NEW PARK RD
NEW PARK PA 17352

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 44.00 | 440.00 | 3,420.00 |
| Orientat |  |  |  | 14.50 |
| **Gross Pay** |  |  | **$440.00** | 3,434.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -50.40 | 284.10 |
| | Social Security Tax | -27.28 | 212.94 |
| | Medicare Tax | -6.38 | 49.80 |
| | PA State Income Tax | -13.51 | 105.45 |
| | East Pennsbo Income Tax | -4.40 | 34.35 |
| | East Pennsbo Local Svc Tax | -1.00 | 14.00 |
| | PA SUI/SDI Tax | -0.30 | 2.40 |

**Net Pay**    $336.73

**Net Check**  $336.73

Your federal taxable wages this period are $440.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 440.00 | 3,180.00 |

```
CO.    FILE    DEPT.   CLOCK NUMBER      052
ESH    003514  000009        0050156872   1
```

# Earnings Statement

**ADP**

OPEN SYSTEMS HEALTHCARE INC
1818 MARKET ST STE 2530
PHILADELPHIA PA 19103

Period Beginning:   04/16/2017
Period Ending:      04/22/2017
Pay Date:           05/02/2017

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:  0
   PA:       N/A

RENEE SMITH
3650 NEW PARK RD
NEW PARK PA 17352

| Earnings  | rate    | hours | this period | year to date |
|-----------|---------|-------|-------------|--------------|
| Regular   | 10.0000 | 27.00 | 270.00      | 3,690.00     |
| Orientat  |         |       |             | 14.50        |
| **Gross Pay** |     |       | **$270.00** | 3,704.50     |

| Deductions | Statutory |  |  |
|---|---|---|---|
| | Federal Income Tax | -24.90 | 309.00 |
| | Social Security Tax | -16.74 | 229.68 |
| | Medicare Tax | -3.92 | 53.72 |
| | PA State Income Tax | -8.29 | 113.74 |
| | East Pennsbo Income Tax | -2.70 | 37.05 |
| | East Pennsbo Local Svc Tax | -1.00 | 15.00 |
| | PA SUI/SDI Tax | -0.19 | 2.59 |
| **Net Pay** | | **$212.26** | |
| **Net Check** | | **$212.26** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 270.00 | 3,450.00 |

Your federal taxable wages this period are $270.00

COPY   COPY

Case 1:17-bk-02376-HWV   Doc 25   Filed 07/19/17   Entered 07/19/17 10:34:50   Desc
Main Document   Page 4 of 7

| CO. | FILE | DEPT. | CLOCK | NUMBER | 052 |
|---|---|---|---|---|---|
| ESH | 003514 | 000009 | | 0050160822 | 1 |

# Earnings Statement



OPEN SYSTEMS HEALTHCARE INC
1818 MARKET ST STE 2530
PHILADELPHIA PA 19103

Period Beginning: 04/23/2017
Period Ending: 04/29/2017
Pay Date: 05/09/2017

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   PA: N/A

RENEE SMITH
3650 NEW PARK RD
NEW PARK PA 17352

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 25.00 | 250.00 | 3,940.00 |
| Orientat | | | | 14.50 |
| **Gross Pay** | | | **$250.00** | 3,954.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 250.00 | 3,700.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -21.90 | 330.90 |
| | Social Security Tax | -15.50 | 245.18 |
| | Medicare Tax | -3.62 | 57.34 |
| | PA State Income Tax | -7.68 | 121.42 |
| | East Pennsbo Income Tax | -2.50 | 39.55 |
| | East Pennsbo Local Svc Tax | -1.00 | 16.00 |
| | PA SUI/SDI Tax | -0.18 | 2.77 |

**Net Pay**     **$197.62**

**Net Check**     **$197.62**

Your federal taxable wages this period are $250.00



CO. FILE DEPT. CLOCK NUMBER 052
ESH 003514 000009 0050169871 1

# Earnings Statement

**ADP**

OPEN SYSTEMS HEALTHCARE INC
1818 MARKET ST STE 2530
PHILADELPHIA PA 19103

Period Beginning: 05/07/2017
Period Ending: 05/13/2017
Pay Date: 05/23/2017

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   PA: N/A

RENEE SMITH
3650 NEW PARK RD
NEW PARK PA 17352

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 50.00 | 500.00 | 4,440.00 |
| Orientat | | | | 14.50 |
| **Gross Pay** | | | **$500.00** | 4,454.50 |

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -59.40 | 390.30 |
| Social Security Tax | -31.00 | 276.18 |
| Medicare Tax | -7.25 | 64.59 |
| PA State Income Tax | -15.35 | 136.77 |
| East Pennsbo Income Tax | -5.00 | 44.55 |
| East Pennsbo Local Svc Tax | -1.00 | 17.00 |
| PA SUI/SDI Tax | -0.35 | 3.12 |

**Net Pay**     $380.65

**Net Check**     $380.65

Your federal taxable wages this period are $500.00

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Max Elig/Comp | 500.00 | 4,200.00 |

```
CO.    FILE    DEPT.    CLOCK NUMBER        052
ESH    003514  000009            0050179370  1
```

OPEN SYSTEMS HEALTHCARE INC
1818 MARKET ST STE 2530
PHILADELPHIA PA 19103

# Earnings Statement

Period Beginning: 05/21/2017
Period Ending: 05/27/2017
Pay Date: 06/06/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

RENEE SMITH
3650 NEW PARK RD
NEW PARK PA 17352

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 54.00 | 540.00 | 4,980.00 |
| Orientat | | | | 14.50 |
| **Gross Pay** | | | **$540.00** | 4,994.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -65.40 | 455.70 |
| | Social Security Tax | -33.48 | 309.66 |
| | Medicare Tax | -7.83 | 72.42 |
| | PA State Income Tax | -16.58 | 153.35 |
| | East Pennsbo Income Tax | -5.40 | 49.95 |
| | East Pennsbo Local Svc Tax | -1.00 | 18.00 |
| | PA SUI/SDI Tax | -0.38 | 3.50 |
| **Net Pay** | | | **$409.93** | |
| **Net Check** | | | **$409.93** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 540.00 | 4,740.00 |




Your federal taxable wages this period are $540.00