```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 17-02376-HWV
Robert W Smith                                                          Chapter 13
Renee D Smith
       Debtors                          CERTIFICATE OF NOTICE
District/off: 0314-1          User: karendavi             Page 1 of 2              Date Rcvd: Jul 19, 2017
                              Form ID: ntnew341           Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2017.
db/jdb         +Robert W Smith,    Renee D Smith,    3650 New Park Road,    New Park, PA 17352-9432
4930894         Aaron's,   3137 Cape horn Road,    Red Lion, PA 17356-9071
4930895         Advanced Radiology,    26999 Network Place,    Chicago, IL 60673-1269
4930897         Bureau of Collections &,    Tax Payer Services,    PO Box 281041,    Harrisburg, PA 17128-1041
4930898        ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank USA,      PO Box 85015,    Richmond, VA 23285-5075)
4930903        ++CREDIT ACCEPTANCE CORPORATION,     25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance,      25505 West 12 Mile Rd,    Southfield, MI 48034)
4930899        +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
4930900        +Collection & Credit Department,     Ambuland Billing Office,    PO Box 726,
                New Cumberland, PA 17070-0726
4930902        +Commercial Acceptance Company,     2300 Gettysburg Road,    Camp Hill, PA 17011-7303
4930905        +FirstSource Advantage LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
4930906        +Goodyear Tire/CBNA,    c/o United Collection Bureau, Inc.,     5620 Southwyck Blvd, Suite 206,
                Toledo, OH 43614-1501
4930907        +HSN,   165 Cottage Grove S.W.,    Grand Rapids, MI 49507-1635
4930908         Joan M. Krieg,    3650 New Park Road,    New Park, PA 17352-9432
4930909        +KML Law Group,    Ste 5000 BNY Mellon Independence Ct,    701 Market Street,
                Philadelphia, PA 19106-1538
4930910         Liberty Mutual Goup,    PO Box 7500,   Dover, NH 03821-7500
4930913        +McClure Law Office,    PO Box 65,   Middletown, PA 17057-0065
4930914        +Medical Data Systems I,    645 Walnut Street, Ste 5,    Gadsden, AL 35901-4173
4930915         Medicare Premium Collection Center,    PO Box 790355,    Saint Louis, MO 63179-0355
4930916         Memorial Hospital,    PO Box 1022,   Wixom, MI 48393-1022
4930917        +Miller DiPietro Associates,    PO Box 143,    Landisville, PA 17538-0143
4930919        +Nationstar Mortgage,    PO Box 619094,   Dallas, TX 75261-9094
4931094        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4930921         Pasi,   PO Box 188,    Brentwood, TN 37024-0188
4930922         Pasi,   PO Box 68,    Brentwood, TN 37024-0068
4930923         Peerless Credit Servicse, Inc.,    PO Box 518,    Middletown, PA 17057-0518
4930924        +Phoenix Financial Service,    8902 Otis Ave, Ste 103A,    Indianapolis, IN 46216-1009
4930927        +Scheer, Green & Burke, Co. L.P.A.,    1 Seagate, Suite 640,    Toledo, OH 43604-4501
4930928         Schumacher Clinical Partners,    c/o PA Emergency Physicians PLLC,     PO Box 731584,
                Dallas, TX 75373-1584
4930929        +Smilebuilderz LLC,    1685 Crown Avenue,    Lancaster, PA 17601-6320
4930930         Social Security Administration,    Mid-Atlantic Program Service Center,
                300 Spring Garden Street,    Harrisburg, PA 17123-2992
4930931         Southern York County Emergency Med.,    PO Box 726,    New Cumberland, PA 17070-0726
4930933         Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
4930936        +United Collection Bureau, Inc.,    5620 Southwyck Blvd, Suite 206,    Toledo, OH 43614-1501
4930939         York Clinic Company LLC,    PO Box 14000,    Belfast, ME 04915-4033
4930940        +York Memorial Hospital,    c/o MEdical Revenue Service,    645 Walnut Street, Ste 5,
                Gadsden, AL 35901-4173
4930941        +Yorktowne Urology, PC,    2350 Freedom Way, Suite 102,    York, PA 17402-8265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4930896         E-mail/Text: g17768@att.com Jul 19 2017 18:52:38      AT&T,   PO Box 5014,
                Carol Stream, IL 60197-5014
4930901         E-mail/Text: DATA@COLLECTIONCENTERIND.COM Jul 19 2017 18:53:00      Collection Center,
                2011 Miller Road,    Lancaster, PA 17604
4930904        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 19 2017 18:53:00
                Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
4930911        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 19 2017 18:49:48      LVNV Funding,
                PO Box 10497,    Greenville, SC 29603-0497
4930918        +E-mail/Text: Bankruptcies@nragroup.com Jul 19 2017 18:53:02      National Recovery Agency,
                2491 Paxton Street,    Harrisburg, PA 17111-1036
4930920        ++E-mail/PDF: pa_dc_claims@navient.com Jul 19 2017 18:49:58      Navient,   PO Box 9635,
                Wilkes Barre, PA 18773-9635
4930925         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2017 18:55:34
                Portfolio Recovery Associates,    120 Corporate Blvd, Ste 1,    Norfolk, VA 23502
4930926         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2017 18:55:25
                Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541
4939000         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2017 18:52:46
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, Pa. 17128-0946
4930932         E-mail/Text: appebnmailbox@sprint.com Jul 19 2017 18:52:47      Sprint,   PO Box 54977,
                Los Angeles, CA 90054-0977
4930934        +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2017 18:49:47      SYNCB/Care Credit,
                PO Box 965036,    Orlando, FL 32896-5036
4930935        +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2017 18:49:57      Synchrony Bank,
                Attn: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
4930937        +E-mail/Text: bnc-bluestem@quantum3group.com Jul 19 2017 18:52:57      WebBank/Fingerhut,
                6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
```

```
District/off: 0314-1          User: karendavi         Page 2 of 2              Date Rcvd: Jul 19, 2017
                              Form ID: ntnew341       Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4930938        +E-mail/Text: kleicht@whiterosecu.com Jul 19 2017 18:53:03      White Rose Credit Union,
                3498 Industrial Drive,    York, PA 17402-9050
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4939718*       +CHRYSLER CAPITAL,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
4930912*       +LVNV Funding LLC,    PO Box 10497,    Greenville, SC 29603-0497
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Michael R Caum    on behalf of Debtor Robert W Smith mikecaumesq@comcast.net
              Michael R Caum    on behalf of Joint Debtor Renee D Smith mikecaumesq@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Robert W Smith
Renee D Smith

Debtor(s)

Chapter 13

Case No. 1:17−bk−02376−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: August 24, 2017<br>Time: 12:00 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: karendavis, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: July 19, 2017