```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 17-02376-HWV
Robert W Smith                                                    Chapter 13
Renee D Smith
       Debtors              CERTIFICATE OF NOTICE
District/off: 0314-1         User: TWilson              Page 1 of 2             Date Rcvd: Aug 29, 2017
                             Form ID: ntcnfhrg          Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2017.
db/jdb         +Robert W Smith,    Renee D Smith,    3650 New Park Road,    New Park, PA 17352-9432
4930894         Aaron's,   3137 Cape horn Road,    Red Lion, PA 17356-9071
4930895         Advanced Radiology,    26999 Network Place,    Chicago, IL 60673-1269
4930897         Bureau of Collections &,    Tax Payer Services,    PO Box 281041,    Harrisburg, PA 17128-1041
4930898       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank USA,     PO Box 85015,    Richmond, VA 23285-5075)
4930903       ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance,     25505 West 12 Mile Rd,    Southfield, MI 48034)
4930899        +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
4930900        +Collection & Credit Department,    Ambuland Billing Office,    PO Box 726,
                New Cumberland, PA 17070-0726
4930902        +Commercial Acceptance Company,    2300 Gettysburg Road,    Camp Hill, PA 17011-7303
4930905        +FirstSource Advantage LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
4930906        +Goodyear Tire/CBNA,    c/o United Collection Bureau, Inc.,     5620 Southwyck Blvd, Suite 206,
                Toledo, OH 43614-1501
4930907        +HSN,   165 Cottage Grove S.W.,    Grand Rapids, MI 49507-1635
4930908         Joan M. Krieg,    3650 New Park Road,    New Park, PA 17352-9432
4930909        +KML Law Group,    Ste 5000 BNY Mellon Independence Ct,    701 Market Street,
                Philadelphia, PA 19106-1538
4930910         Liberty Mutual Goup,    PO Box 7500,    Dover, NH 03821-7500
4930913        +McClure Law Office,    PO Box 65,    Middletown, PA 17057-0065
4930914        +Medical Data Systems I,    645 Walnut Street, Ste 5,    Gadsden, AL 35901-4173
4930915         Medicare Premium Collection Center,    PO Box 790355,    Saint Louis, MO 63179-0355
4930916         Memorial Hospital,    PO Box 1022,    Wixom, MI 48393-1022
4952418        +Memorial Hospital of York,    C/O PASI,    PO Box 188,    Brentwood, TN 37024-0188
4930917        +Miller DiPietro Associates,    PO Box 143,    Landisville, PA 17538-0143
4930919        +Nationstar Mortgage,    PO Box 619094,    Dallas, TX 75261-9094
4931094        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4930921         Pasi,   PO Box 188,    Brentwood, TN 37024-0188
4930922         Pasi,   PO Box 68,    Brentwood, TN 37024-0068
4930923         Peerless Credit Servicse, Inc.,    PO Box 518,    Middletown, PA 17057-0518
4930924        +Phoenix Financial Service,    8902 Otis Ave, Ste 103A,    Indianapolis, IN 46216-1009
4930927        +Scheer, Green & Burke, Co. L.P.A.,    1 Seagate, Suite 640,    Toledo, OH 43604-4501
4930928         Schumacher Clinical Partners,    c/o PA Emergency Physicians PLLC,     PO Box 731584,
                Dallas, TX 75373-1584
4930929        +Smilebuilderz LLC,    1685 Crown Avenue,    Lancaster, PA 17601-6320
4930930         Social Security Administration,    Mid-Atlantic Program Service Center,
                300 Spring Garden Street,    Harrisburg, PA 17123-2992
4930931         Southern York County Emergency Med.,     PO Box 726,    New Cumberland, PA 17070-0726
4930933         Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
4930936        +United Collection Bureau, Inc.,    5620 Southwyck Blvd, Suite 206,    Toledo, OH 43614-1501
4930939         York Clinic Company LLC,    PO Box 14000,    Belfast, ME 04915-4033
4930940        +York Memorial Hospital,    c/o MEdical Revenue Service,    645 Walnut Street, Ste 5,
                Gadsden, AL 35901-4173
4930941        +Yorktowne Urology, PC,    2350 Freedom Way, Suite 102,    York, PA 17402-8265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4930896         E-mail/Text: g17768@att.com Aug 29 2017 19:14:34      AT&T,    PO Box 5014,
                Carol Stream, IL 60197-5014
4952261        +E-mail/Text: bnc@atlasacq.com Aug 29 2017 19:14:35      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
4930901         E-mail/Text: DATA@COLLECTIONCENTERIND.COM Aug 29 2017 19:15:28      Collection Center,
                2011 Miller Road,    Lancaster, PA 17604
4930904        +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 29 2017 19:15:28
                Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
4930911        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 19:15:43      LVNV Funding,
                PO Box 10497,    Greenville, SC 29603-0497
4930918        +E-mail/Text: Bankruptcies@nragroup.com Aug 29 2017 19:15:32      National Recovery Agency,
                2491 Paxton Street,    Harrisburg, PA 17111-1036
4930920        +E-mail/PDF: pa_dc_claims@navient.com Aug 29 2017 19:16:06      Navient,    PO Box 9635,
                Wilkes Barre, PA 18773-9635
4930925         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 19:21:31
                Portfolio Recovery Associates,    120 Corporate Blvd, Ste 1,    Norfolk, VA 23502
4930926         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 19:15:45
                Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541
4939000         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2017 19:15:00
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, Pa.   17128-0946
4930932         E-mail/Text: appebnmailbox@sprint.com Aug 29 2017 19:15:05      Sprint,    PO Box 54977,
                Los Angeles, CA 90054-0977
4930934        +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 19:15:40      SYNCB/Care Credit,
                PO Box 965036,    Orlando, FL 32896-5036
```

```
District/off: 0314-1           User: TWilson              Page 2 of 2                Date Rcvd: Aug 29, 2017
                               Form ID: ntcnfhrg          Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
4948947          E-mail/Text: philadelphia.bnc@ssa.gov Aug 29 2017 19:15:17     Social Security Administration,
                  Mid-Atlantic Program Service Center,   300 Spring Garden Street,   Philadelphia, PA 19123-2992
4930935         +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 19:16:03      Synchrony Bank,
                  Attn: Bankruptcy Dept.,    PO Box 965060,   Orlando, FL 32896-5060
4930937         +E-mail/Text: bnc-bluestem@quantum3group.com Aug 29 2017 19:15:21      WebBank/Fingerhut,
                  6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
4930938         +E-mail/Text: kleicht@whiterosecu.com Aug 29 2017 19:15:33      White Rose Credit Union,
                  3498 Industrial Drive,   York, PA 17402-9050
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4939718*        +CHRYSLER CAPITAL,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
4930912*        +LVNV Funding LLC,    PO Box 10497,   Greenville, SC 29603-0497
                                                                                        TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2017 at the address(es) listed below:
```
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Michael R Caum    on behalf of Debtor Robert W Smith mikecaumesq@comcast.net
              Michael R Caum    on behalf of Joint Debtor Renee D Smith mikecaumesq@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Robert W Smith
Renee D Smith

Debtor(s)

Chapter 13

Case No. 1:17−bk−02376−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**September 27, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 11, 2017 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: TWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 29, 2017 |