UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ROBERT W. SMITH and<br>RENEE D. SMITH<br>    Debtor(s) | : CHAPTER 13<br>:<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant<br>    vs. | :<br>:<br>:<br>:<br>: |
| ROBERT W. SMITH and<br>RENEE D. SMITH<br>    Respondent(s) | :<br>:<br>: CASE NO. 1-17-bk-02376 |

### TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 24th day of August, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Plan ambiguous – payment

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

# CERTIFICATE OF SERVICE

AND NOW, this 5th day of September, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Michael Caum, Esquire
P.O. Box 272
Shrewsbury, PA 17361

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee