UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ROBERT W. SMITH and | : | CHAPTER 13 |
| RENEE D. SMITH | : | |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| ROBERT W. SMITH and | : | |
| RENEE D. SMITH | : | |
| Respondent(s) | : | CASE NO. 1-17-bk-02376 |

<u>TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN</u>

AND NOW, this 28th day of November, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

   a. Proof of Claim for Credit Acceptance.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:    /s/James K. Jones
       Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this   28th   day of November, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Michael Caum, Esquire
P.O. Box 272
Shrewsbury, PA   17361

            /s/Deborah A. Behney
            Office of Charles J. DeHart, III
            Standing Chapter 13 Trustee