United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Robert W Smith  
Renee D Smith  
      Debtors

Case No. 17-02376-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: MMchugh | Page 1 of 1 | Date Rcvd: Jan 17, 2018 |
|---|---|---|---|
| | Form ID: ntcltrdb | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2018.  
4930903      ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316  
       (address filed with court: Credit Acceptance,   25505 West 12 Mile Rd,   Southfield, MI 48034)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2018 at the address(es) listed below:  
     Atlas Acquisitions LLC   bk@atlasacq.com  
     Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
     James Warmbrodt   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
     Michael R Caum   on behalf of Debtor 2 Renee D Smith mikecaumesq@comcast.net  
     Michael R Caum   on behalf of Debtor 1 Robert W Smith mikecaumesq@comcast.net  
     United States Trustee   ustpregion03.ha.ecf@usdoj.gov  
                          TOTAL: 6

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert W Smith<br>Renee D Smith<br><br>Debtor(s) | Chapter 13<br><br>Case No. 1:17−bk−02376−HWV |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#16) has been filed by the Debtor on behalf of Credit Acceptance in the amount of $15,594.00.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 17, 2018 |