UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ROBERT W SMITH

        RENEE D SMITH

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

CHAPTER 13

CASE NO: 1-17-02376-HWV

vs.

ROBERT W SMITH
  RENEE D SMITH

        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on December 12, 2018, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

        Respectfully submitted,

        s/   Charles J. DeHart, III
        Charles J. DeHart, III, Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA  17036
        Phone:  (717) 566-6097

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ROBERT W SMITH<br>RENEE D SMITH<br><br>Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 1-17-02376-HWV |

**NOTICE**

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

**CONFERENCE before Trustee:**
January 9, 2019 at 9:00 am
Bankruptcy Courtroom
Ronald Reagan Federal Bldg
3rd Floor, 228 Walnut Street
Harrisburg, PA 17101

**HEARING:**
January 9, 2019 at 09:35 AM
Bankruptcy Courtroom
Ronald Reagan Federal Bldg
3rd Floor, 228 Walnut Street
Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 1707.00**
**AMOUNT DUE FOR THIS MONTH: $648.00**
**TOTAL AMOUNT DUE BEFORE CONFERENCE/HEARING DATE: $2355.00**

**NOTE:**

    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
    **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to

be applied.

2.	You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.	You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  December 12, 2018

IN RE: ROBERT W SMITH

RENEE D SMITH

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-17-02376-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 12, 2018, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| MICHAEL CAUM, ESQUIRE<br>PO BOX 272<br>SHREWSBURY, PA 17361- | Served electronically |
| ROBERT W SMITH<br>RENEE D SMITH<br>3650 NEW PARK ROAD<br>NEW PARK, PA 17352 | Served by 1st Class Mail |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 12, 2018

Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT W SMITH
RENEE D SMITH

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-17-02376-HWV

vs.

ROBERT W SMITH
RENEE D SMITH

MOTION TO DISMISS

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.