UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                        CASE NO.:  1:17-bk-02376-HWV
Robert W Smith                              CHAPTER 13
and
Renee D Smith
Debtors
_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of SELENE FINANCE, LP ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

                                             RAS Crane, LLC
                                             Attorney for Secured Creditor
                                             10700 Abbott's Bridge Road, Suite 170,
                                             Duluth, GA 30097
                                             Telephone: 470-321-7112

                                             By: /s/Kevin Buttery
                                                 Kevin Buttery, Esquire
                                                 Email: kbuttery@rascrane.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 21, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ROBERT W SMITH
3650 NEW PARK ROAD
NEW PARK, PA 17352

RENEE D SMITH
3650 NEW PARK ROAD
NEW PARK, PA 17352

AND VIA ELECTRONIC MAIL TO:

MICHAEL R CAUM
PO BOX 272
SHREWSBURY, PA 17361

CHARLES J DEHART, III (TRUSTEE)
CHAPTER 13 TRUSTEE8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

        RAS Crane, LLC
        Attorney for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170,
        Duluth, GA 30097
        Telephone: 470-321-7112

        By: /s/Kevin Buttery
        Kevin Buttery, Esquire
        Email: kbuttery@rascrane.com