# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### HARRISBURG DIVISION

| | |
|---|---|
| IN RE:<br>Robert W Smith<br>    Debtor,<br>Renee D Smith<br>    Joint Debtor.<br>_____/ | CHAPTER 13<br>CASE NO.:<br>1:17-bk-02376-HWV |

Selene Finance, LP,
    Movant,
v.
Robert W Smith, Debtor,
Renee D Smith, Debtor,
Joan M Krieg, Co-Debtor,
Steven J Krieg, Co-Debtor,
Charles J DeHart, III, Trustee,
    Respondents.
_____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of SELENE FINANCE, LP ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Motion for Relief from Automatic Stay, DE 67, filed on April 24, 2020.**

By: /s/ Charles G. Wohlrab
Charles G. Wohlrab
PA I.D 314532
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone: 973-575-0707
Facsimile: 973-404-8886
Email: cwohlrab@rascrane.com
Attorney for Movant

Page1

Case 1:17-bk-02376-HWV    Doc 80    Filed 08/19/20    Entered 08/19/20 06:39:16    Desc
Main Document    Page 1 of 2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 19, 2020, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Robert W Smith
3650 New Park Road
New Park, PA 17352

Renee D Smith
3650 New Park Road
New Park, PA 17352

Joan M Krieg
3650 New Park Road
New Park, Pennsylvania 17352

Steven J Krieg
3650 New Park Road
New Park, Pennsylvania 17352

Michael R Caum
PO Box 272
Shrewsbury, PA 17361

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

                By: /s/ Charles Wohlrab
                Charles G. Wohlrab
                Email: cwohlrab@rascrane.com