```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-02376-HWV
Robert W Smith                                                  Chapter 13
Renee D Smith
        Debtors

## CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: Aug 26, 2020
                              Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
5069935        +Selene Finance LP,    P.O. Box 71243,   Philadelphia, PA 19176-6243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2020 at the address(es) listed below:
              Ashlee Crane Fogle    on behalf of Creditor    SELENE FINANCE, LP afogle@rascrane.com
              Atlas Acquisitions LLC    bk@atlasacq.com
              Brandon D Pack     on behalf of Creditor    Selene Finance LP brandon.pack@phelanhallinan.com,
               brandon.pack@hotmail.com
              Charles G. Wohlrab    on behalf of Creditor    Selene Finance LP cwohlrab@rascrane.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Keri P Ebeck    on behalf of Creditor    Selene Finance LP kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin  Buttery     on behalf of Creditor    Selene Finance LP kbuttery@rascrane.com
              Lara S. Martin    on behalf of Creditor    Selene Finance LP lmartin@bernsteinlaw.com,
               cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail
               .com
              Michael R Caum    on behalf of Debtor 1 Robert W Smith mikecaumesq@comcast.net
              Michael R Caum    on behalf of Debtor 2 Renee D Smith mikecaumesq@comcast.net
              Sindi  Mncina     on behalf of Creditor    SELENE FINANCE, LP smncina@rascrane.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-02376-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert W Smith
3650 New Park Road
New Park PA 17352

Renee D Smith
3650 New Park Road
New Park PA 17352

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/25/2020.

Name and Address of Alleged Transferor(s):

Claim No. 4: Selene Finance LP, P.O. Box 71243, Philadelphia, PA 19176

Name and Address of Transferee:

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129
Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/28/20

Terrence S. Miller
**CLERK OF THE COURT**