United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-02376-HWV |
| Robert W Smith | Chapter 13 |
| Renee D Smith | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Sep 15, 2021      Form ID: pdf010      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 4930908 | Joan M. Krieg, 3650 New Park Road, New Park, PA 17352-9432 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor SELENE FINANCE LP afogle@rascrane.com |
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Brandon D Pack | on behalf of Creditor Selene Finance LP brandon.pack@phelanhallinan.com brandon.pack@hotmail.com |
| Charles G. Wohlrab | on behalf of Creditor Selene Finance LP cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| Keri P Ebeck | on behalf of Creditor Selene Finance LP kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |

| Name | Details |
|---|---|
| Kevin Buttery | on behalf of Creditor Selene Finance LP kbuttery@rascrane.com |
| Lara Shipkovitz Martin | on behalf of Creditor Selene Finance LP lmartin@bernsteinlaw.com cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com |
| Michael R Caum | on behalf of Debtor 2 Renee D Smith mikecaumesq@comcast.net |
| Michael R Caum | on behalf of Debtor 1 Robert W Smith mikecaumesq@comcast.net |
| Rebecca Ann Solarz | on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor SELENE FINANCE LP smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Renee D. Smith<br>Robert W. Smith<br>　　　　　Debtor(s) | | CHAPTER 13 |
| Specialized Loan Servicing, LLC<br>　　　　　Movant<br>　　v.<br>Renee D. Smith<br>Robert W. Smith<br>　　　　　Debtor(s)<br>Joan Krieg<br>　　　　　Co-Debtor<br>　　and<br>Jack N. Zaharopoulos<br>　　　　　Trustee | | NO. 17-bk-02376 HWV<br><br>11 U.S.C. Section 362 and 1301 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 3650 New Park Road, New Park, PA 17352 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated: September 15, 2021　　　　By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)