United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Robert W Smith<br>Renee D Smith<br>    Debtors | Case No. 17-02376-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Dec 30, 2021     Form ID: trc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5353758 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2022        Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor SELENE FINANCE LP afogle@rascrane.com |
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Brandon D Pack | on behalf of Creditor Selene Finance LP brandon.pack@phelanhallinan.com brandon.pack@hotmail.com |
| Charles G. Wohlrab | on behalf of Creditor Selene Finance LP cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | |

on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

Keri P Ebeck

on behalf of Creditor Selene Finance LP kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com

Kevin Buttery

on behalf of Creditor Selene Finance LP kbuttery@rascrane.com

Lara Shipkovitz Martin

on behalf of Creditor Selene Finance LP lmartin@bernsteinlaw.com
cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com

Michael R Caum

on behalf of Debtor 2 Renee D Smith mikecaumesq@comcast.net

Michael R Caum

on behalf of Debtor 1 Robert W Smith mikecaumesq@comcast.net

Rebecca Ann Solarz

on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com

Sindi Mncina

on behalf of Creditor SELENE FINANCE  LP smncina@raslg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 14

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-02376-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert W Smith
3650 New Park Road
New Park PA 17352

Renee D Smith
3650 New Park Road
New Park PA 17352

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/30/2021.

Name and Address of Alleged Transferor(s):

Claim No. 4: Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111

Name and Address of Transferee:

Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, Colorado 80111
Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, Colorado 80111

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/01/22

Terrence S. Miller
**CLERK OF THE COURT**