United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                   Case No. 17-02376-HWV
Robert W Smith                           Chapter 13
Renee D Smith
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: AutoDocke            Page 1 of 2
Date Rcvd: Jan 28, 2022            Form ID: trc            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2022:**

**Recip ID**     **Recipient Name and Address**
5453502      + Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St. Greenwood Village, Colorado 80111-4720

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2022           Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:**

**Name**            **Email Address**

Ashlee Crane Fogle
    on behalf of Creditor SELENE FINANCE LP afogle@rascrane.com

Atlas Acquisitions LLC
    bk@atlasacq.com

Brandon D Pack
    on behalf of Creditor Selene Finance LP brandon.pack@phelanhallinan.com brandon.pack@hotmail.com

Charles G. Wohlrab
    on behalf of Creditor Selene Finance LP cwohlrab@raslg.com

Jack N Zaharopoulos (Trustee)
    TWecf@pamd13trustee.com

| | |
|---|---|
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| Keri P Ebeck | on behalf of Creditor Selene Finance LP kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Kevin Buttery | on behalf of Creditor Selene Finance LP kbuttery@rascrane.com |
| Lara Shipkovitz Martin | on behalf of Creditor Selene Finance LP lmartin@bernsteinlaw.com cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com |
| Michael R Caum | on behalf of Debtor 2 Renee D Smith mikecaumesq@comcast.net |
| Michael R Caum | on behalf of Debtor 1 Robert W Smith mikecaumesq@comcast.net |
| Rebecca Ann Solarz | on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor SELENE FINANCE  LP smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 14

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-02376-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert W Smith
3650 New Park Road
New Park PA 17352

Renee D Smith
3650 New Park Road
New Park PA 17352

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/27/2022.

Name and Address of Alleged Transferor(s):

Claim No. 4: Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111

Name and Address of Transferee:

US Bank Trust National Association
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675
US Bank Trust National Association
c/o Shellpoint Mortgage Servicing

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/30/22

Terrence S. Miller
**CLERK OF THE COURT**