# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT W SMITH
RENEE D SMITH

      Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant

vs.

ROBERT W SMITH
RENEE D SMITH

CASE NO: 1-17-02376-HWV

      Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS CASE

    Jack N. Zaharopoulos, Standing Chapter 13 Trustee, hereby requests that the Motion filed on 3/9/2022 be withdrawn due to having been filed in error or filed having used incorrect docketing procedure or incorrect information.

RESPECTFULLY SUBMITTED,
s/ Matt Arcuri
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated: March 10, 2022

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT W SMITH
RENEE D SMITH

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

ROBERT W SMITH
RENEE D SMITH

        Respondent(s)

CHAPTER 13

CASE NO: 1-17-02376-HWV

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Withdrawal by First Class Mail from Hummelstown, PA, unless served electronically, at the below address on March 10, 2022.

MICHAEL CAUM, ESQUIRE
PO BOX 272
SHREWSBURY, PA  17361-

ROBERT W SMITH
RENEE D SMITH
3650 NEW PARK ROAD
NEW PARK, PA  17352

RESPECTFULLY SUBMITTED,

s/ Matt Arcuri
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  March 10, 2022