# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT W SMITH
       RENEE D SMITH

                                          CHAPTER 13

            Debtor(s)

                                          CASE NO: 1-17-02376-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
            Movant
vs.
ROBERT W SMITH etal.
            Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on June 15, 2022, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for Dismissal, a statement of which follows:

1. Debtor(s) filed the above case on June 6, 2017.

2. The plan obligates Debtor(s) to make monthly payments to the Trustee.

3. The Trustee filed Motions to Dismiss Case for Material Default due to non-payment of these monthly payments on the following dates - 12/12/2018, 05/09/2019, 08/14/2019, 12/09/2020, 07/08/2021

4. Debtor(s) cured each of these defaults prior to the scheduled hearing and therefore avoided entering into a stipulation to maintain timely payments.

5. Debtor(s) is currently 4 months in default with arrearages of $2,132.00, along with their current regular monthly payment of $648.00, through June 15, 2022. The total arrearage amount therefore due is **$2,780.00**.

6. The non-payment of Debtor's plan obligation is

    a. a material default with respect to the confirmed plan; and

    b. an unreasonable delay by Debtor that is prejudicial to creditors.

7. Dismissal of the case is in the best interest of the creditors and the estat

8. Notice of hearing and other instructions are included with this motion.

WHEREFORE, the Standing Chapter 13 Trustee requests this court to dismiss the above case.

Dated: June 15, 2022

Respectfully submitted,

/s/   Douglas R. Roeder, Esquire
ID:  80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT W SMITH
RENEE D SMITH

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-17-02376-HWV

Movant

vs.
ROBERT W SMITH etal.

Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> July 13, 2022 at 09:35 AM
> Bankruptcy Courtroom
> Ronald Reagan Federal Bldg.
> 3rd Floor, 228 Walnut Street
> Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the U.S. Bankruptcy Court.

2. You have filed a voluntary conversion to Chapter 7 or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: June 15, 2022

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     ROBERT W SMITH
             RENEE D SMITH

                                                     CHAPTER 13

                      Debtor(s)

                                                     CASE NO: 1-17-02376-HWV

            JACK N. ZAHAROPOULOS
            CHAPTER 13 TRUSTEE
                     Movant
vs.
            ROBERT W SMITH etal.
                     Respondent(s)

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on June 15, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

   MICHAEL CAUM, ESQUIRE
   PO BOX 272
   SHREWSBURY PA 17361-

   UNITED STATES TRUSTEE
   SUITE 1190
   228 WALNUT STREET
   HARRISBURG, PA 17101

<u>Served by First Class Mail</u>

   ROBERT W SMITH
   RENEE D SMITH
   3650 NEW PARK ROAD
   NEW PARK PA 17352

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 15, 2022                          /s/ Matt Arcuri
                                                       Office of the Standing Chapter 13 Trustee
                                                         Jack N. Zaharopoulos
                                                        Suite A, 8125 Adams Dr.
                                                        Hummelstown, PA 17036
                                                        Phone: (717) 566-6097
                                                        email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT W SMITH
RENEE D SMITH

CHAPTER 13

Debtor(s)

CASE NO: 1-17-02376-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant
vs.
ROBERT W SMITH etal
Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.