UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

ROBERT W SMITH  Case No.: 1-17-02376-HWV
RENEE D SMITH  Chapter 13
    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SHELLPOINT MORTGAGE SERVICING |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 4391/PRE ARREARS/3650 NEW PARK RD |
| Property Address if applicable: | 3650 NEW PARK ROAD, , NEW PARK, PA17352 |

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $31,485.15 |
| b. | Prepetition arrearages paid by the Trustee: | $26,036.95 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $26,036.95 |

**PART 3: POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 1, 2022

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

Creditor Name:  SHELLPOINT MORTGAGE SERVICING
Court Claim Number:  04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1181616 | 03/08/2018 | $593.45 | $0.00 | $593.45 |
| 5200 | 1182981 | 04/03/2018 | $552.12 | $0.00 | $552.12 |
| 5200 | 1186084 | 05/15/2018 | $573.16 | $0.00 | $573.16 |
| 5200 | 1187397 | 06/07/2018 | $616.82 | $0.00 | $616.82 |
| 5200 | 1189045 | 07/12/2018 | $573.16 | $0.00 | $573.16 |
| 5200 | 1190400 | 08/09/2018 | $1,148.19 | $0.00 | $1148.19 |
| 5200 | 1194409 | 11/08/2018 | $570.70 | $0.00 | $570.70 |
| 5200 | 1198269 | 02/07/2019 | $2,192.51 | $0.00 | $2192.51 |
| 5200 | 1199556 | 03/12/2019 | $1,206.58 | $0.00 | $1206.58 |
| 5200 | 1203581 | 06/06/2019 | $603.29 | $0.00 | $603.29 |
| 5200 | 1204985 | 07/11/2019 | $1,197.27 | $0.00 | $1197.27 |
| 5200 | 1207839 | 09/26/2019 | $1,911.00 | $0.00 | $1911.00 |
| 5200 | 1211450 | 12/12/2019 | $1,164.38 | $0.00 | $1164.38 |
| 5200 | 1212810 | 01/16/2020 | $1,119.60 | $0.00 | $1119.60 |
| 5200 | 1215467 | 03/12/2020 | $1,212.90 | $0.00 | $1212.90 |
| 5200 | 1218714 | 06/02/2020 | $1,080.00 | $0.00 | $1080.00 |
| 5200 | 1219738 | 07/07/2020 | $585.00 | $0.00 | $585.00 |
| 5200 | 1220784 | 08/12/2020 | $585.00 | $0.00 | $585.00 |
| 5200 | 1221862 | 09/17/2020 | $585.00 | $0.00 | $585.00 |
| 5200 | 1222844 | 10/15/2020 | $591.50 | $0.00 | $591.50 |
| 5200 | 1224628 | 12/10/2020 | $591.50 | $0.00 | $591.50 |
| 5200 | 1226407 | 01/19/2021 | $1,965.60 | $0.00 | $1965.60 |
| 5200 | 1228451 | 03/17/2021 | $591.50 | $0.00 | $591.50 |
| 5200 | 1229465 | 04/15/2021 | $591.50 | $0.00 | $591.50 |
| 5200 | 2000853 | 05/18/2021 | $591.50 | $0.00 | $591.50 |
| 5200 | 2001835 | 06/16/2021 | $540.50 | $0.00 | $540.50 |
| 5200 | 2002821 | 07/14/2021 | $423.00 | $0.00 | $423.00 |
| 5200 | 2003910 | 08/18/2021 | $862.92 | $0.00 | $862.92 |
| 5200 | 2004888 | 09/14/2021 | $1,217.30 | $0.00 | $1217.30 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

ROBERT W SMITH　　　　　　　　　　　　　　　Case No.: 1-17-02376-HWV
RENEE D SMITH　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 1, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

MICHAEL CAUM, ESQUIRE　　　　　　　　　　SERVED ELECTRONICALLY
PO BOX 272
SHREWSBURY PA,   17361-

SHELLPOINT MORTGAGE SERVICING　　　　　SERVED BY 1ST CLASS MAIL
PO BOX 10826
GREENVILLE, SC,   29603.0826

ROBERT W SMITH　　　　　　　　　　　　　　SERVED BY 1ST CLASS MAIL
RENEE D SMITH
3650 NEW PARK ROAD
NEW PARK, PA  17352

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 1, 2022　　　　　　　　　　　/s/   Liz Joyce
　　　　　　　　　　　　　　　　　　　　　　for Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　　eMail:  info@pamd13trustee.com