UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: ROBERT W. SMITH
RENEE D. SMITH          CHAPTER 13

Debtor(s)
CASE NO: 1-17-02376HWV

## FUNDS REMITTED TO COURT

Please find hereto check number 9015859 in the amount of $45.29 representing unclaimed funds owed to Debtor(s), Robert W. Smith and Renee D. Smith. Trustee is remitting the funds owed to said Debtor(s) to the U. S. Bankruptcy Court due to the fact that Trustee has been unable to locate said Debtor(s). Funds remitted to the address on file with the Court have been returned, and all attempts to contact Debtor(s) to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 999 | ROBERT W. SMITH<br>RENEE D. SMITH<br>3650 NEW PARK ROAD<br>NEW PRK, PA  17352 | $2.14 |

Dated: February 15, 2023

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com