Certificate Number: 15322-PAM-DE-037208609

Bankruptcy Case Number: 17-02376


15322-PAM-DE-037208609

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>February 24, 2023</u>, at <u>11:39</u> o'clock <u>AM CST</u>, <u>Robert W Smith</u> completed a course on personal financial management given <u>by internet</u> by <u>1$ Wiser Consumer Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>February 24, 2023</u>  By:  <u>/s/Gene Bralewski</u>

Name:  <u>Gene Bralewski</u>

Title:  <u>Certified Credit Counselor</u>