In re:  Case No. 17-02376-HWV
Robert W Smith  Chapter 13
Renee D Smith
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 5 |
| Date Rcvd: Mar 01, 2023 | Form ID: 3180W | Total Noticed: 69 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert W Smith, Renee D Smith, 3650 New Park Road, New Park, PA 17352-9432 |
| 4930894 | | Aaron's, 3137 Cape horn Road, Red Lion, PA 17356-9071 |
| 4930895 | | Advanced Radiology, 26999 Network Place, Chicago, IL 60673-1269 |
| 4930897 | | Bureau of Collections &, Tax Payer Services, PO Box 281041, Harrisburg, PA 17128-1041 |
| 4930900 | + | Collection & Credit Department, Ambuland Billing Office, PO Box 726, New Cumberland, PA 17070-0726 |
| 4930907 | + | HSN, 165 Cottage Grove S.W., Grand Rapids, MI 49507-1635 |
| 4930908 | | Joan M. Krieg, 3650 New Park Road, New Park, PA 17352-9432 |
| 4930910 | | Liberty Mutual Goup, PO Box 7500, Dover, NH 03821-7500 |
| 4930913 | #+ | McClure Law Office, PO Box 65, Middletown, PA 17057-0065 |
| 4930915 | | Medicare Premium Collection Center, PO Box 790355, Saint Louis, MO 63179-0355 |
| 4930916 | | Memorial Hospital, PO Box 1022, Wixom, MI 48393-1022 |
| 4930920 | + | Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 4965325 | | Navient Solutions LLC obo the dept of education, Navient Solutions LLC, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 4930923 | # | Peerless Credit Servicse, Inc., PO Box 518, Middletown, PA 17057-0518 |
| 4930928 | | Schumacher Clinical Partners, c/o PA Emergency Physicians PLLC, PO Box 731584, Dallas, TX 75373-1584 |
| 5069934 | | Selene Finance LP, P.O. Box 71243, Philadelphia, PA 19176 |
| 4930929 | + | Smilebuilderz LLC, 1685 Crown Avenue, Lancaster, PA 17601-6320 |
| 4930930 | | Social Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Harrisburg, PA 17123-2992 |
| 4930931 | | Southern York County Emergency Med., PO Box 726, New Cumberland, PA 17070-0726 |
| 4930939 | | York Clinic Company LLC, PO Box 14000, Belfast, ME 04915-4033 |
| 4930941 | + | Yorktowne Urology, PC, 2350 Freedom Way, Suite 102, York, PA 17402-8265 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Mar 01 2023 23:44:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 01 2023 18:43:00 | Selene Finance LP, Ras Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 01 2023 18:43:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Mar 01 2023 18:43:00 | Specialized Loan Servicing LLC, 14841 Dallas |

| Recipient | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 01 2023 18:43:00 | Pkwy Suite 425, Dallas, TX 75254-8067 VRMTG Asset Trust, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 4930896 | | EDI: ATTWIREBK.COM | Mar 01 2023 23:43:00 | AT&T, PO Box 5014, Carol Stream, IL 60197-5014 |
| 4982016 | | EDI: AIS.COM | Mar 01 2023 23:44:00 | AT&T CORP, by American InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 4952261 | | EDI: ATLASACQU | Mar 01 2023 23:43:00 | Atlas Acquisitions LLC, 492C Cedar Lane Ste 442, Teaneck, NJ 07666 |
| 4979087 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2023 18:47:38 | CACH, LLC its successors and assigns as assignee, of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4930898 | | EDI: CAPITALONE.COM | Mar 01 2023 23:43:00 | Capital One Bank USA, PO Box 85015, Richmond, VA 23285-5075 |
| 4930903 | | Email/Text: ebnnotifications@creditacceptance.com | Mar 01 2023 18:43:00 | Credit Acceptance, 25505 West 12 Mile Rd, Southfield, MI 48034 |
| 4930899 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 01 2023 18:43:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 4930901 | | Email/Text: DATA@COLLECTIONCENTERIND.COM | Mar 01 2023 18:43:00 | Collection Center, 2011 Miller Road, Lancaster, PA 17604 |
| 4930902 | + | Email/Text: dylan.succa@commercialacceptance.net | Mar 01 2023 18:43:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Camp Hill, PA 17011-7303 |
| 4930904 | + | EDI: CCS.COM | Mar 01 2023 23:44:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 4930905 | + | Email/Text: crdept@na.firstsource.com | Mar 01 2023 18:43:00 | FirstSource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 4930906 | + | Email/Text: BAN5620@UCBINC.COM | Mar 01 2023 18:43:00 | Goodyear Tire/CBNA, c/o United Collection Bureau, Inc., 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |
| 4930909 | ^ | MEBN | Mar 01 2023 18:41:24 | KML Law Group, Ste 5000 BNY Mellon Independence Ct, 701 Market Street, Philadelphia, PA 19106-1541 |
| 4930911 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2023 18:47:31 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 4967568 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2023 18:47:31 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4930914 | + | Email/Text: MDSBankruptcies@meddatsys.com | Mar 01 2023 18:43:00 | Medical Data Systems I, 645 Walnut Street, Ste 5, Gadsden, AL 35901-4173 |
| 4952418 | + | Email/Text: pasi_bankruptcy@chs.net | Mar 01 2023 18:43:00 | Memorial Hospital of York, C/O PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 4963545 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 01 2023 18:43:00 | Nationstar Mortgage, LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 4930918 | + | Email/Text: Bankruptcies@nragroup.com | Mar 01 2023 18:43:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4930919 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 01 2023 18:43:00 | Nationstar Mortgage, PO Box 619094, Dallas, TX 75261-9094 |
| 4930920 | + | EDI: MAXMSAIDV | Mar 01 2023 23:44:00 | Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 4965325 | | EDI: MAXMSAIDV | Mar 01 2023 23:44:00 | Navient Solutions LLC obo the dept of education, |

| | | | | |
|---|---|---|---|---|
| | | | | Navient Solutions LLC, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 4930924 | | Email/Text: info@phoenixfinancialsvcs.com | Mar 01 2023 18:43:00 | Phoenix Financial Service, 8902 Otis Ave, Ste 103A, Indianapolis, IN 46216 |
| 4930925 | | EDI: PRA.COM | Mar 01 2023 23:44:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502 |
| 4930926 | | EDI: PRA.COM | Mar 01 2023 23:44:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 4931094 | + | EDI: RECOVERYCORP.COM | Mar 01 2023 23:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4930921 | | Email/Text: pasi_bankruptcy@chs.net | Mar 01 2023 18:43:00 | Pasi, PO Box 188, Brentwood, TN 37024-0188 |
| 4930922 | | Email/Text: pasi_bankruptcy@chs.net | Mar 01 2023 18:43:00 | Pasi, PO Box 68, Brentwood, TN 37024-0068 |
| 4939000 | | EDI: PENNDEPTREV | Mar 01 2023 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 4939000 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 01 2023 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 4930932 | | EDI: AISSPRINT | Mar 01 2023 23:43:00 | Sprint, PO Box 54977, Los Angeles, CA 90054-0977 |
| 4966216 | | EDI: AISSPRINT | Mar 01 2023 23:43:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 4930934 | + | EDI: RMSC.COM | Mar 01 2023 23:43:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 4930927 | ^ | MEBN | Mar 01 2023 18:41:15 | Scheer, Green & Burke, Co. L.P.A., 1 Seagate, Suite 640, Toledo, OH 43604-4501 |
| 4948947 | | Email/Text: ssa.bankruptcy@ssa.gov | Mar 01 2023 18:43:00 | Social Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 5353757 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 01 2023 18:43:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5453501 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 01 2023 18:43:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 5453502 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 01 2023 18:43:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 4930933 | | Email/Text: bankruptcy@sunrisecreditservices.com | Mar 01 2023 18:43:00 | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 4930935 | + | EDI: RMSC.COM | Mar 01 2023 23:43:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 5457252 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 01 2023 18:43:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, US Bank Trust National Association, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 5457251 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 01 2023 18:43:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 4930936 | + | Email/Text: BAN5620@UCBINC.COM | Mar 01 2023 18:43:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |
| 4930937 | + | EDI: BLUESTEM | Mar 01 2023 23:44:00 | WebBank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

| | | | | |
| --- | --- | --- | --- | --- |
| 4930938 | + | Email/Text: lconey@whiterosecu.com | Mar 01 2023 18:43:00 | White Rose Credit Union, 3498 Industrial Drive, York, PA 17402-9050 |
| 4930940 | + | Email/Text: MDSBankruptcies@meddatsys.com | Mar 01 2023 18:43:00 | York Memorial Hospital, c/o MEdical Revenue Service, 645 Walnut Street, Ste 5, Gadsden, AL 35901-4173 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5273125 | | Duluth, GA 30097 |
| 5273124 | | Selene Finance LP, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 4975742 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane Ste 442, Teaneck, NJ 07666 |
| 4939718 | *+ | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 4930912 | *+ | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 4979169 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5069935 | *+ | Selene Finance LP, P.O. Box 71243, Philadelphia, PA 19176-6243 |
| 5353758 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 4930917 | ##+ | Miller DiPietro Associates, PO Box 143, Landisville, PA 17538-0143 |

TOTAL: 2 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 03, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Ashlee Crane Fogle | on behalf of Creditor SELENE FINANCE LP afogle@rascrane.com |
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Brandon D Pack | on behalf of Creditor Selene Finance LP brandon.pack@phelanhallinan.com brandon.pack@hotmail.com |
| Brian C Nicholas | on behalf of Creditor Specialized Loan Servicing LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor Selene Finance LP cwohlrab@raslg.com |

Charles G. Wohlrab
    on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust cwohlrab@raslg.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

Keri P Ebeck
    on behalf of Creditor Selene Finance LP kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com

Kevin Buttery
    on behalf of Creditor Selene Finance LP kbuttery@rascrane.com

Lara Shipkovitz Martin
    on behalf of Creditor Selene Finance LP lmartin@bernsteinlaw.com cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com

Michael R Caum
    on behalf of Debtor 2 Renee D Smith mikecaumesq@comcast.net

Michael R Caum
    on behalf of Debtor 1 Robert W Smith mikecaumesq@comcast.net

Sindi Mncina
    on behalf of Creditor SELENE FINANCE LP smncina@raslg.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 15

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Robert W Smith<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4588<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Renee D Smith<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2647<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–02376–HWV | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert W Smith                Renee D Smith

**By the court:**   *Henry W. Van Eck*

3/1/23

Henry W. Van Eck, Chief Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W     **Chapter 13 Discharge**     page 2