United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Robert W Smith  
Renee D Smith  
    Debtors

Case No. 17-02376-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Mar 23, 2023     Form ID: fnldec     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert W Smith, Renee D Smith, 3650 New Park Road, New Park, PA 17352-9432 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor SELENE FINANCE LP afogle@rascrane.com |
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Brandon D Pack | on behalf of Creditor Selene Finance LP brandon.pack@phelanhallinan.com brandon.pack@hotmail.com |
| Brian C Nicholas | on behalf of Creditor Specialized Loan Servicing LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust cwohlrab@raslg.com |

Charles G. Wohlrab
   on behalf of Creditor Selene Finance LP cwohlrab@raslg.com

Jack N Zaharopoulos
   TWecf@pamd13trustee.com

James Warmbrodt
   on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

Keri P Ebeck
   on behalf of Creditor Selene Finance LP kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com;politicsci2@gmail.com

Kevin Buttery
   on behalf of Creditor Selene Finance LP kbuttery@rascrane.com

Lara Shipkovitz Martin
   on behalf of Creditor Selene Finance LP lmartin@bernsteinlaw.com
   cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com

Michael R Caum
   on behalf of Debtor 1 Robert W Smith mikecaumesq@comcast.net

Michael R Caum
   on behalf of Debtor 2 Renee D Smith mikecaumesq@comcast.net

Sindi Mncina
   on behalf of Creditor SELENE FINANCE  LP smncina@raslg.com

United States Trustee
   ustpregion03.ha.ecf@usdoj.gov

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert W Smith,                      Chapter     13

        **Debtor 1**

                                  Case No.     1:17−bk−02376−HWV

Renee D Smith,

        **Debtor 2**

Social Security No.:
                        xxx−xx−4588         xxx−xx−2647

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

                             **Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

                                                           By the Court,

                                                           Henry W. Van Eck, Chief Bankruptcy Judge

                                                           Dated: March 23, 2023

**fnldec** (01/22)